## WM. TEAGUE V. THE STATE.

No. 3714. Decided May 13, 1908.

**Local Option—Notice of Appeal—Jurisdiction.**

Where the record upon appeal showed that the appellant failed to give notice of appeal and entered the same in the court below, this court has no jurisdiction.

Appeal from the County Court of McCulloch. Tried below before the Hon. C. A. Wright.

Appeal from a conviction of a violation of the local option law; penalty, a fine of $25 and twenty-one days confinement in the county jail.

The opinion states the case.

*R. L. H. Williams,* for appellant.

*F. J. McCord,* Assistant Attorney-General and *Jno E. Brown,* county attorney, for the State.

DAVIDSON, PRESIDING JUDGE.—This conviction was for violating the local option law.

Motion is made to dismiss the appeal because the record fails to incorporate notice of appeal to this court. There is also a certificate of the clerk of the court below filed with the case to the effect that appellant did not in fact have notice of appeal entered in the trial court. Without the notice of appeal given and entered as required by law, in the trial court, the jurisdiction of this court does not attach. The motion is, therefore, sustained, and the appeal dismissed.

*Dismissed.*